UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC DEVERE RAFTER,<br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Defendant. | Case No. 18-cv-06852-KAW<br><br>**ORDER TO SHOW CAUSE** |

On November 12, 2018, Plaintiff Alec Devere Rafter filed the instant case against Defendant, seeking judicial review of a decision of the Commissioner of Social Security. (Compl., Dkt. No. 1.) Plaintiff also filed an application to proceed in forma pauperis ("IFP application") as an attachment to the complaint. (Dkt. No. 1-2.) On November 13, 2018, Plaintiff was notified of an electronic filing error regarding the IFP application, and told to re-file the IFP application as a motion to proceed in forma pauperis.

As of the date of this order, Plaintiff has not re-filed the IFP application. Accordingly, the Court ORDERS Plaintiff to show cause, by March 8, 2019, why this case should not be dismissed for failure to prosecute by filing his IFP application using the correct event.

IT IS SO ORDERED.

Dated: February 26, 2019

KANDIS A. WESTMORE
United States Magistrate Judge