UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC DEVERE RAFTER,<br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Defendant. | Case No. 18-cv-06852-KAW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; REQUIRING STATUS REPORT OR DISMISSAL**<br><br>Re: Dkt. No. 4 |

On November 12, 2018, Plaintiff Alec Devere Rafter filed the instant case against Defendant, seeking judicial review of a decision of the Commissioner of Social Security. (Compl., Dkt. No. 1.) Plaintiff also filed an application to proceed in forma pauperis ("IFP application") as an attachment to the complaint. (Dkt. No. 1-2.) On November 13, 2018, Plaintiff was notified of an electronic filing error regarding the IFP application, and told to re-file the IFP application as a motion to proceed in forma pauperis.

Plaintiff failed to re-file the IFP application in the instant case. On February 26, 2019, the Court issued an order to show cause. (Dkt. No. 4.) On March 8, 2019, Plaintiff responded to the order to show cause. (Dkt. No. 5.) From Plaintiff's response, it became apparent that Plaintiff had filed the same case twice, both in the instant case and Case No. 18-cv-6870-RS, *Rafter v. Berryhill*. (*Id.* at 2.)

On March 19, 2019, Judge Seeborg issued an order of referral for the purpose of determining whether the instant case and Case No. 18-cv-6870 were related. (Dkt. No. 6.) On March 26, 2019, the undersigned related the two cases.

Accordingly, the Court DISCHARGES the February 26, 2019 order to show cause. As the case has been progressing in Case No. 18-cv-6870, such that Defendant has appeared and the

administrative record has been filed, the Court ORDERS Plaintiff to file a dismissal of the instant case or a status report explaining why dismissal of the instant case is not warranted by April 9, 2019. Dismissal will not affect Case No. 18-cv-6870.

IT IS SO ORDERED.

Dated: April 1, 2019

KANDIS A. WESTMORE
United States Magistrate Judge