UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC DEVERE RAFTER, | Case No. 18-cv-06852-KAW |
| Plaintiff, | |
| v. | **SECOND ORDER TO SHOW CAUSE** |
| NANCY A. BERRYHILL, | |
| Defendant. | |

On November 12 and 13, 2018, Plaintiff filed identical social security appeals in both the instant case (Case No. 18-cv-6852-KAW) and the related case (Case No. 18-cv-6870-KAW). On April 1, 2019, the Court ordered Plaintiff to file a dismissal of the instant case or a status report explaining why dismissal of the instant case was not warranted. (*See* Dkt. No. 9.) On April 9, 2018, Plaintiff filed a status report that did not address whether dismissal of the instant case was warranted. (Dkt. No. 11.) On April 11, 2019, the Court again ordered Plaintiff to file a dismissal of the instant case or a status report explaining why dismissal was not warranted. (Dkt. No. 13 at 2.) The Court explained that dismissal of the instant case would not affect Case No. 18-cv-6870-KAW, but that closing the instant case was purely an administrative necessity in light of the fact that Plaintiff currently has two identical cases pending.

Plaintiff's dismissal or status report was due by April 18, 2019. As of the date of this order, Plaintiff has failed to respond. Accordingly, the Court ORDERS Plaintiff to show cause, by **April 30, 2019**, by filing either a dismissal of the instant case or a status report explaining why dismissal of this case is not warranted. Failure to timely respond may result in the Court reassigning the instant case to a district judge with the recommendation that the case be dismissed because there is an identical case currently pending before the Court. Again, dismissal of this case

will not affect Case No. 18-cv-6870-KAW.

IT IS SO ORDERED.

Dated: April 23, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge